469 A.2d 289

Commonwealth v. Scales, Appellant.

 Submitted September 23, 1983. Judith A. Calkin, for appellant; William A. Behe, Deputy District Attorney, for Commonwealth, appellee.

Before WIEAND, CIRILLO and JOHNSON, JJ.

Order affirmed.